Page 1

---

Caption in Compliance with D. N.J. LBR 9004-2(c)

Nicholas Fitzgerald Esq. -- NF/6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtor

Order Filed on October 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____X  United States Bankruptcy Court
In Re:                               District of New Jersey-Newark

Noor Siddiqi                         Chapter 13

                                     Case #: 14-10728-VFP


_____X

ORDER REOPENING CHAPTER 13 CASE FOR THE LIMITED PURPOSE OF AMENDING AND CORRECTING ORDER DATED SEPTEMBER 22, 2014 WHICH AMENDED ORDER PROVIDES FOR THE STRIPPING OFF OF THE SECOND MORTGAGE ON THE DEBTOR'S REAL PROPERTY LOCATED AT 75 GARRISON AVENUE, JERSEY CITY, NJ ON THE GROUNDS THAT THERE IS NO EQUITY IN THE SAID REAL PROPERTY ABOVE THE AMOUNT OWED ON THE DEBTOR'S FIRST MORTGAGE

     The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: October 26, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2

Debtor: Noor Siddiqi
Case No. Case #: 14-10728-VFP
Caption:  ORDER REOPENING CHAPTER 13 CASE FOR THE LIMITED PURPOSE OF AMENDING AND CORRECTING ORDER DATED SEPTEMBER 22, 2014 WHICH AMENDED ORDER PROVIDES FOR THE STRIPPING OFF OF THE SECOND MORTGAGE ON THE DEBTOR'S REAL PROPERTY LOCATED AT 75 GARRISON AVENUE, JERSEY CITY, NJ ON THE GROUNDS THAT THERE IS NO EQUITY IN THE SAID REAL PROPERTY ABOVE THE AMOUNT OWED ON THE DEBTOR'S FIRST MORTGAGE

---

**THIS MATTER** having come before the Court on the debtor's counsel's Motion for an Order Reopening the within Chapter 13 bankruptcy case for the limited purpose of amending and correcting the order dated September 22, 2014 which order had intended to strip down the second mortgage on the debtor's real property 75 Garrison Avenue, Jersey City, New Jersey 07306 but upon which there was a typographical error putting the number 65 as opposed to 75 in the Garrison Avenue address thereby rendering the September 22, 2014 order ineffective, and the underlying motion having been made on the grounds that there was no equity in the said property above the lien held by the first mortgagee; and the debtor and the debtor's counsel having represented to the Court that through a typographical error which was purely inadvertent, the address of the property was mistakenly incorrectly listed on the original motion as being located at **65** Garrison Avenue, Jersey City, NJ

Page 3

Debtor: Noor Siddiqi
Case No. Case #: 14-10728-VFP
Caption: ORDER REOPENING CHAPTER 13 CASE FOR THE LIMITED PURPOSE OF AMENDING AND CORRECTING ORDER DATED SEPTEMBER 22, 2014 WHICH AMENDED ORDER PROVIDES FOR THE STRIPPING OFF OF THE SECOND MORTGAGE ON THE DEBTOR'S REAL PROPERTY LOCATED AT 75 GARRISON AVENUE, JERSEY CITY, NJ ON THE GROUNDS THAT THERE IS NO EQUITY IN THE SAID REAL PROPERTY ABOVE THE AMOUNT OWED ON THE DEBTOR'S FIRST MORTGAGE

-----------------------------------------------------------------

whereas the correct address is actually **75** Garrison Avenue, Jersey City, New Jersey; and good cause having been shown for the entry of the within Order,

It is, accordingly,

**ORDERED** as follows:

The debtor's Chapter 13 case is hereby reopened and reinstated; and it is further

**ORDERED** that since the debtor has completed all of his payments in accordance with his confirmed Chapter 13 payment plan, his second mortgage held by HSBC Mortgage Services, Inc. or its successors or assigns, on the property located at 75 Garrison Avenue, Jersey City, New Jersey 07306, be and hereby is expunged; and it is further

**ORDERED** that HSBC Mortgage Services, Inc. or its successors or assigns shall take all steps necessary and appropriate to release the second mortgage on the debtor's real property located at 75 Garrison Avenue, Jersey City, New Jersey 07306; and it is further

**ORDERED** that in the event that HSBC Mortgage Services, Inc. or

Page 4

Debtor: Noor Siddiqi
Case No. Case #: 14-10728-VFP
Caption:  ORDER REOPENING CHAPTER 13 CASE FOR THE LIMITED PURPOSE OF AMENDING AND CORRECTING ORDER DATED SEPTEMBER 22, 2014 WHICH AMENDED ORDER PROVIDES FOR THE STRIPPING OFF OF THE SECOND MORTGAGE ON THE DEBTOR'S REAL PROPERTY LOCATED AT 75 GARRISON AVENUE, JERSEY CITY, NJ ON THE GROUNDS THAT THERE IS NO EQUITY IN THE SAID REAL PROPERTY ABOVE THE AMOUNT OWED ON THE DEBTOR'S FIRST MORTGAGE

--------------------------------------------------------------------------

its successors or assigns does not execute and deliver to the debtor any termination statement, or other document that is or may be required by law to release and discharge the Second Mortgage, the debtor shall be authorized to utilize the within Order as authorization for termination and release of the Second Mortgage; and it is further

**ORDERED** that a Chapter 13 trustee shall not be reassigned to this case and that upon entry of the within Order, the debtor's Chapter 13 case shall be immediately re-closed.