Page 1

---

Caption in Compliance with D. N.J. LBR 9004-1

Nicholas Fitzgerald Esq. -- NF/6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtor

Order Filed on October 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____ X    United States Bankruptcy Court
In Re:                                  District of New Jersey-Newark

    Noor Siddiqi                        Chapter 13

                                        Case #: 14-10728-VFP


_____ X

ORDER REOPENING CHAPTER 13 BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF VOIDING AND DISCHARGING JUDGMENT LIEN HELD BY DISCOVER BANK AGAINST THE DEBTOR'S REAL PROPERTY LOCATED AT 75 GARRISON AVENUE, JERSEY CITY, NJ 07306

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

DATED: October 20, 2020

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtor: Noor Siddiqi
Case No. Case #: 14-10728-VFP
Caption: ORDER REOPENING CHAPTER 13 BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF VOIDING AND DISCHARGING JUDGMENT LIEN HELD BY DISCOVER BANK AGAINST THE DEBTOR'S REAL PROPERTY LOCATED AT 75 GARRISON AVENUE, JERSEY CITY, NJ 07306

---

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtor's counsel, upon the debtor's Motion for an Order reopening the debtor's Chapter 13 bankruptcy case for the limited purpose of rendering the judgment lien held by Discover Bank on the grounds that there was no equity in the debtor's real property above prior existing liens and the debtor's exemptions; and good and sufficient cause appearing therefrom for the entry of this Order:

It is

**ORDERED**, that the within case is hereby reopened for the limited purpose of voiding and discharging the judgment lien held by Discover Bank on the debtor's real property located at 75 Garrison Avenue, Jersey City, NJ 07306; and it is further

**ORDERED**, that the judgment lien held by Discover Bank in the case entitled <u>Discover Bank v. Noor A. Siddiqi</u>, Case Number DC-009936 13; Judgment Number DJ-005819-2014; which was docketed in the Superior Court of the State of New Jersey on January 13, 2014; and which judgment is dated December 13, 2013 in the original

Page 3
Debtor: Noor Siddiqi
Case No. Case #: 14-10728-VFP
Caption: ORDER REOPENING CHAPTER 13 BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF VOIDING AND DISCHARGING JUDGMENT LIEN HELD BY DISCOVER BANK AGAINST THE DEBTOR'S REAL PROPERTY LOCATED AT 75 GARRISON AVENUE, JERSEY CITY, NJ 07306

------------------------------------------------------------

amount of $5,279.89 plus costs in the amount of $177.60 and docketing charges in the amount of $10.00; be and hereby is canceled and discharged of record; and it is further

**ORDERED** that the Clerk of Court of the appropriate Court in the State of New Jersey shall be authorized to enter on the record or in the margin of the record of said judgement, that same is or are canceled and discharged by order of the court, providing thereon the date of entry of the instant order; and it is further

**ORDERED** that a Chapter 13 trustee shall not be reassigned to this case and that upon entry of the within Order, the debtor's Chapter 13 case shall be immediately re-closed.